# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 6D2023-2313
Lower Tribunal No. 2001791216
_____

W.B.,

Appellant,

v.

DEPARTMENT OF REVENUE,

Appellee.

_____

Appeal from the Department of Revenue.

July 23, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE, J., and LAMBERT, B.D., Associate Judge, concur.


W. B., Avon Park, pro se.

Ashley Moody, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED